**SHAPIRO, DICARO & BARAK, LLC**
Attorneys for Wells Fargo Bank, N.A.
One Huntington Quadrangle, Suite 3N05
Melville, NY 11747
Telephone: (631) 844-9611, Fax: (631) 844-9525
**Robert W. Griswold**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JOHN R.M WILSON, | CASE NO. 18-42302 |
| DEBTOR. | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Wells Fargo Bank, N.A., a creditor and a party in interest, pertaining to property located at 1656 Park Place, Brooklyn, NY 11233, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: May 9, 2018
       Melville, NY

                                            Respectfully Submitted,

                                            /s/ Robert W. Griswold
                                            Robert W. Griswold
                                            Bankruptcy Attorney
                                            Shapiro, DiCaro & Barak, LLC
                                            Attorneys for Wells Fargo Bank, N.A.
                                            One Huntington Quadrangle, Suite 3N05
                                            Melville, NY 11747
                                            Telephone: (631) 844-9611
                                            Fax: (631) 844-9525