# Dahiya Law Offices LLC

75 Maiden Lane Suite 506
New York , NY 10038

JOHN WILSON

## BANKRUPTCY CHAPTER 13
## ADV. PROCEEDING

| Date | Description | Time/ Quantity | Total |
|---|---|---|---|
| 04/25/2018 | Prepared and filed a motion to reimpose the stay. | 2.50 | $1,375.00 |
| 05/09/2018 | read and reviwed the filing of Wells Fargo by their attorney Robert Griswold... | 0.50 | $275.00 |
| 05/16/2018 | Attended the court hearing for motion to reimpose stay..motion granted, the court asked to submit the order | 2.20 | $1,210.00 |
| 05/20/2018 | Reviewed the transactions the paperwork, deed power of attorney executed between the Wilson and Oumrow and notary of Oumrow family member, discussed with Ms. Johnson the reason for the transfers. | 1.90 | $1,045.00 |
| 05/20/2018 | researched into different bankruptcy filing by Oumrow, 19 Raymond court, 199 Nassau road, 349 Monroe House, pattern, pacer motions by or against him. | 1.20 | $660.00 |
| 05/20/2018 | Researched into possible claims, NYRPL 320 NYL 349, elements of fraud, conspiracy, unconscionability under the state law, unjust enrichment etc. Taking over the property without just cause or compensation. Sale for zero. | 2.30 | $1,265.00 |
| 05/21/2018 | Preparation of the complaint, research NYRPL 15, constructive trust, drafting of the complaint, pleading of the parties and their roles in the sham transaction to park the property—myth of moving property away from lender and completion of draft and filing. | 5.90 | $3,245.00 |
| 05/24/2018 | Summons receipts ECF issued by the Court, reviewed the dates: Answers by June 25, 2018 pretrail for July 17, 2018. Talk with Ms. Deslyn about the summons receipts and case progress. | 0.50 | $275.00 |
| 05/25/2018 | Printout of the summons, prepared the package sent them via fedex upon Oumrow and parties. | 0.60 | $330.00 |
| 05/30/2018 | Affidavit of service of the summons prepared and filed with the court. | 0.60 | $330.00 |
| 07/03/2018 | Summons service upon all defendants certification filed. | 0.40 | $220.00 |
| 07/16/2018 | Reviewed the file, read the complaint, prepared for the background made notes for the court preparation. | 0.80 | $440.00 |
| 07/17/2018 | Appeared in the court [judge puzzled with the facts and concerned], none appeared for Oumrow, court adjourned it to August 21, 2018. | 3.00 | $1,650.00 |
| 08/21/2018 | Spoke to Ms. Jackson and wrote a letter to judge adjournment to October 23, 2108, also advising of the court of the default by Oumrow. | 0.50 | $275.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/23/2018 | Prepared for the case, default and notes on the case. | 0.60 | $330.00 |
| 10/23/2018 | Appeared in the case, none appeared for Oumrow Singh. Judge questioned about them not appearing etc and issues with the service. | 2.20 | $1,210.00 |
| 10/24/2018 | Reviewed the filings and researched the law pertaining to default and preparation of the filing of the motion for default judgment | 1.30 | $715.00 |
| 10/30/2018 | Researched into the relief asked in the complaint. Judgment on merits-voiding of the deed transfer and attorney fees etc. | 2.40 | $1,320.00 |
| 10/30/2018 | Preparation of the motion for default judgment and filed it. | 2.30 | $1,265.00 |
| 11/09/2018 | Prepared the amended motion for default judgment and attached the affidavit of additional service of the complaint etc. upon Oumrao team. | 1.20 | $660.00 |
| 11/20/2018 | Appeared in the court, still, no Oumrao, apprized the Court the background and service etc., the court still not ready to enter default, but adjourned it to December 11, 2018. | 2.60 | $1,430.00 |
| 11/26/2018 | Prepared second motion for default and service of the same and filed the same. | 2.60 | $1,430.00 |
| 11/29/2018 | Prepared additional affirmation about service, google map, service on Oumrow meeting due process. | 1.30 | $715.00 |
| 12/11/2018 | Prepared for the court hearing | 0.80 | $440.00 |
| 12/11/2018 | Appeared in the court, the first appearance by the defendant [misleading statements], the judge in interest of justice granted time to respond by December 28, 2018. The judge struck off the default motion. All defs. to file an answer. Oumrow stated the name of his attorney stuck in traffic. | 3.50 | $1,925.00 |
| 01/09/2019 | Additional Affirmation in support of entry of Default judgment: review of the record, past filings and dates issued by the court. reviewed the motion to extend time as filed by Singh attorney ms. Collisson. Researched on the property 349 monroe street, brooklyn. Reviewed case law on Rule 55 (a) and (b). Researched case law on extension of time rule 9, FRBP 9006 and diligence of attorney. | 5.90 | $3,245.00 |
| 01/10/2019 | Continued Additional Affirmation in support of entry of Default judgment: Prepared the affirmation. Filed it with ecf. texted Ms. Collsion obtained the email address. and fedexed the papework to ms. collsion | 1.90 | $1,045.00 |
| 01/14/2019 | Prepared and filed a request for judicial notice, Collison violating ethics using client address as her address. | 2.30 | $1,265.00 |
| 01/14/2019 | Prepared for the court hearing, assembled all paperwork, and made notes. | 0.70 | $385.00 |
| 01/15/2019 | Appeared in the court, no answer filed by the defendants, no one appeared for the defendants. Ms. Collsion not present in the court nor her clients, judge adjourned it to January 31, 2019. | 2.40 | $1,320.00 |
| 01/22/2019 | Receipt and review of Collison filing judicial notice request—response to the judicial notice application, claiming to end her professional engagement with Oumrow. | 0.20 | $110.00 |
| 01/30/2019 | Additional affirmation prepared to file for entry of default, as default was willful, | 2.20 | $1,210.00 |

| | | | |
|---|---|---:|---:|
| | Collision argle bargle, phone number out of service and law backing entry of default based on misrepresentation. | | |
| 01/31/2019 | Appeared in court, Oumrow given more time until February 20, 2019 to file responses to the complaint. Also, asked to have his lawyer file notice of appearance. | 2.20 | $1,210.00 |
| 02/05/2019 | Spoke to Mr. bronner again and prepared a certificate of noncompliance and filed it with the court | 0.40 | $220.00 |
| 02/05/2019 | Prepared and filed yet another affirmation for default entry for misrepresentation by Oumrow, Bronner was not retained by Oumrow | 0.40 | $220.00 |
| 02/20/2019 | Receipt and reviewed the objections by Bronner for Oumrow to the default. Reviewed the affidavit in support and Answer | 0.60 | $330.00 |
| 02/21/2019 | Prepared for the pretrial conference, issues with the answers, reviwed the case law related to the expedience of discovery, scheduling, Rule 1, 16, 26, 42, issues related to claims and bifurcation of the claims to expedite the resolution of the deed transfer and wrote a letter to the court. | 3.90 | $2,145.00 |
| 02/21/2019 | Court appearance at 3 pm, argued the issue of expediency. The judge had several questions about the transfer [seemed exhausted] | 2.50 | $1,375.00 |
| 02/24/2019 | Rule 12(c) research, judgment on pleadings. The scope of the Complaint causes of action. Amendment now, for 544 and 548 and new york state creditor debtor law 272, 274, 275. | 3.90 | $2,145.00 |
| 02/24/2019 | Research into Chapter 13 trustee to be brought in to start fraudulent conveyance actions, her fees, time pressure and impact on the existing cases. | 1.40 | $770.00 |
| 02/24/2019 | Started preparation of judgment on pleadings. Reviewed the pleadings, filing the court and talked to the sister of the debtor, the background. | 1.70 | $935.00 |
| 02/25/2019 | Rule 12(c) motion drafting begins. Standard of grant of motion. Affirmative defense ineffectuality, twombly standards to them? Research and writing of the motion. | 4.80 | $2,640.00 |
| 02/25/2019 | Pleading judgment motion, researched rule 201 judicial notice, governmental websites, admission party opponent. | 2.50 | $1,375.00 |
| 02/26/2019 | Judgment on pleadings: continued the drafting, the case laws and claims and their elements and how they are satisfied here. | 3.20 | $1,760.00 |
| 02/26/2019 | Motion pleadings continuing. FRE 901, Integral paperwork not mentioned. Attended to each claim and its backing by law, unjust enrichment, constructive trust, NY RAPL article 15, negligence and unconscionability, fraud conspiracy. | 2.10 | $1,155.00 |
| 02/27/2019 | Motion for judgement on pleadings: Finally completed the draft, took a break in between to speak to Wilson and Deslyn for 35 minutes, reverted back to draft and revised it and filed it and served all the parties to the case. Intricate issues addressed. Judgment demanded on 6 counts. | 10.10 | $5,555.00 |
| 02/28/2019 | Preparation of Initial disclosures under rule 26 and emailed it to the counselors and trustee and filed it with the court as a precautionary statment, so that otherside counsel sees its importance. | 1.20 | $660.00 |

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 03/01/2019 | Discovery demands: reviewed the interrogatory laws and production of documents. Prepared three set of interrogatories and document discovery and emailed it to Bronner and also mailed it. | 5.70 | $3,135.00 |
| 03/18/2019 | Ms. Deslyn came to the office with the records of home address, gas and utility bills etc. She spent more than an hour, putting papers in order, papers were reviewed and scanned. | 0.80 | $440.00 |
| 03/18/2019 | reviewed the filings, the motion for judgment, opposition by Bronner, prepared for the hearing tomorrow. | 2.30 | $1,265.00 |
| 03/19/2019 | Prepared for the hearing and attended the hearing on Wilson Motion for judgment on pleadings. The judge did not want to hear the case as she has several questions and asked about the discovery progress. Mr. Bonner asked for extension claiming that he was under the impression that once a motion for summary judgment is filed, the discovery stops. The judge revised the discovery schedule. the judge adjourned the hearing and would issue a new scheduling order. Judge attempted to negotiate off the record, however it was called off after an attempt failed. | 3.50 | $1,925.00 |
| 03/25/2019 | The court hearing, issues with the plan, domestic support affidavit missing, tax returns, trustee demanded missings...341 fixed again for May 1st, 2019. | 4.30 | $2,365.00 |
| 03/25/2019 | Deslyn came to the office inquiring about the case, discussed the plan. | 0.40 | $220.00 |
| 03/26/2019 | Receipt and review of the ASCB filings. | 0.40 | $220.00 |
| 04/03/2019 | Reviewed the dockets and checked the dates and scheduled it properly cross checked the dates and compliance. | 0.40 | $220.00 |
| 04/11/2019 | Review of the discovery requests, non-compliance by Ourmow Singh...sending of email to Bronner and meeting with Desylyn Johnson...review of the law regarding lack of discovery response and consequences.. and the start of preparation. | 3.50 | $1,925.00 |
| 04/15/2019 | Prepared for the motion for judgement on pleadings. reviewed the supplied discover attended the court hearing at 3 pm and came back to the office at 5: Was prepared but the judge adjourned it to June 4th... | 6.80 | $3,740.00 |
| 06/04/2019 | Researched on section 265-a equitty theft laws of new yorka nd prepared an addtional affirmation in support of judment on pleadings and for judiciial notice and filed it with the court | 4.30 | $2,365.00 |
| 06/04/2019 | Prepared for hearing to be held at 3:00 PM. Prepared notes, printed out the statute 265a. | 2.90 | $1,595.00 |
| 06/04/2019 | Court heard arguments on the motion for judgment on pleadings, judge had questions has given more time to brief the issues.. and adjourned the motion to August 6th 2019. | 2.50 | $1,375.00 |
| 06/17/2019 | Amended motion for judgment on pleadings, the reassertion of the details, and the case laws. | 4.40 | $2,420.00 |
| 06/19/2019 | amending the motion for judgment on pleadings and filing it and sending it to Bronner | 2.00 | $1,100.00 |
| 08/06/2019 | Prepared for the hearing with notes. | 0.70 | $385.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/06/2019 | Attended the court, court at pains in trying to mediate. Motion, discovery, etc. new dates by the court. No answer filed, court grants more time. Court allowed Bronner to withdraw. | 2.20 | $1,210.00 |
| 09/10/2019 | Attended court hearing and the court. Court to treat the amended motion as a motion for summary judgment leave granted to supplement the papers. | 2.80 | $1,540.00 |
| 12/15/2019 | Preparation of the motion for summary judgment. Research on rule 56, the satisfaction of all standards, no disputed facts. Pleadings transparent, none disputed, any disputed issue no bearing on the motion at hand. Revised the case law on the elements of causes of action. | 3.30 | $1,815.00 |
| 12/17/2019 | Motion for summary judgment supplemental brief and undisputed facts prepared and filed with the court served electronically. | 6.50 | $3,575.00 |
| 01/27/2020 | Prepared the hearing for the summary judgment, no response filed. | 0.70 | $385.00 |
| 01/28/2020 | Prepared for the hearing, reviewed the case law, the notes, the pleadings | 1.20 | $660.00 |
| 01/28/2020 | Court hearing: attended court hearing. None appeared for Oum Row Singh. The judge was concerned with the delay and no appearance with several adjournments. I insisted that the court issue a direction that it is for a final hearing, last adjournment. the judge fixed march 11, 2020 for final arguments on the motion for judgment on pleadings and as well as the summary judgment. The judge felt that the motions are maintainable under the circumstances. I requested the court to at least grant the cancellation of the deed transfer. However, the judge fixed for the next date. Ms. Johnson was there. So was Katherine the bank's attorney who stated that the debtor is current with the adequate protection payments. | 2.50 | $1,375.00 |
| 03/11/2020 | preparation of the time to appear for the court arguments...motion for summary judgment and on pleadings etc. | 1.50 | $825.00 |
| 03/11/2020 | appeared telephonically before Judge Stong..the court heard and the case adjourned until April 14. The court shall issue an order to show cause for judgment.. | 0.50 | $275.00 |
| 05/19/2020 | court hearing preparation. | 0.50 | $275.00 |
| 07/13/2020 | Prepared hte notice of settlement of proposed order reviewed nad filed it | 3.20 | $1,760.00 |
| 08/11/2020 | Court hearing, none from defendants. | 0.80 | $440.00 |
| 09/09/2020 | receipt and reviewed the court order signed. Decree for John Wilson. | 0.30 | $165.00 |
| 09/20/2020 | Reviewed the bankruptcy trustee motion to dismiss, researched on the issue of law of the case as the judge had iin the previous case ruled that no counseling was needed..prepared the oppostion and filed it with the court. | 1.70 | $935.00 |
| 09/21/2020 | prepared and appeared telephonically, long wait, before judge, the judge granted continuation fo the case, not to be dismissed, the plan to amended and served with an affidavit of service and DSO to be filed and Wilson to appear for the 341 meeting of creditors. | 0.80 | $440.00 |
| | | **Total** | **$95,480.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 23 | 03/07/2021 | $95,480.00 | $0.00 | $95,480.00 |
| | | | **Outstanding Balance** | **$95,480.00** |
| | | | **Total Amount Outstanding** | **$95,480.00** |

The debtor signed a retainer of $550/hr.