**DAHIYA LAW OFFICES LLC**
*Attorney*
75 Maiden Lane Suite 506
New York, New York 10038
Tel: 212-766 8000   Fax: 212 766 8001
karam@legalpundit.com

March 30, 2021

Ms. Sheree Jackson
Courtroom Deputy for Hon. Judge Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York

Re*: John Wilson, case No. 18-42302*

Dear Ms. Jackson:

I am the counsel for the debtor John Wilson. I am writing to confirm the adjourned date of hearing on the undersigned application for compensation now is May 3, 2021 at 11:30 am. The parties would be apprised of the same date.

/s/ *karamvir dahiya*
Karamvir Dahiya for the debtor