UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:

    JOHN R.M. WILSON,                                  Chapter 13
                                                                           Case No. 18-42302-ESS

                                 Debtor.
-------------------------------------------------x

## ORDER ON APPLICATION FOR ATTORNEY'S FEES

Upon the application of Dahiya Law Offices, LLC ("DLO") filed on March 7, 2021, seeking final allowance of professional compensation for the period from April 25, 2018 to March 7, 2021 (the "Fee Application"); the opposition to the Fee Application filed by the Chapter 13 Trustee on March 23, 2021 (the "Opposition"); the Reply to the Opposition filed by DLO on June 4, 2021; the Supplemental Statement in Support, the Amended Disclosure of Compensation of Attorney for Debtor, and the Amended Time Record, filed by DLO in further support of the Fee Application on September 14, 2021; the hearings held before this Court on June 7, 2021 and September 21, 2021; and based upon the entire record, and for the reasons stated in the Court's Memorandum Decision on Application for Attorney's Fees dated January 3, 2022, and for cause shown, it is hereby

ORDERED, that DLO is allowed a final award of attorney's fees in the amount of $48,116.50; and it is further

ORDERED, that all other relief requested in the Fee Application is denied.



Dated: Brooklyn, New York
       January 3, 2022

                                                                             Elizabeth S. Stong
                                                         United States Bankruptcy Judge

TO:

John R.M Wilson
1656 Park Place
Brooklyn, NY 11233

Deslyn Johnson
1656 Park Place
Brooklyn, NY 11233

Karamvir Dahiya
Dahiya Law Offices LLC
75 Maiden Lane, Ste 606
New York, NY 10038

Krista M Preuss
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014